UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v. Case No. 25-cr-173

MOHAMED PATEL,

Defendant.

---

**DEFENDANT'S STATEMENT WITH RESPECT TO SENTENCING FACTORS**

Dated: Buffalo, New York
March 26, 2026

Rodney O. Personius
PERSONIUS MELBER LLP
*Attorneys for Defendant Mohamed Patel*
2100 Main Place Tower
350 Main Street
Buffalo, NY 14202
(716) 855-1050
rop@personiusmelber.com

Defendant Mohamed Patel, through his attorneys, Personius Melber LLP, Rodney O. Personius, Esq., of counsel, files the following statement with respect to the Presentence Investigation Report, dated February 24, 2026: The statements of fact and calculations under the *United States Sentencing Guidelines* are accepted without objection.

Pursuant to paragraph numbered 11 of the Plea Agreement (Doc. No. 23), the Defendant does intend to recommend a sentence be imposed outside the applicable guideline range as either a variance or departure based upon a full consideration of the 18 U.S.C. §3553(a) factors, including the following:

1. The calculation of the applicable guideline range using the aggregate weight of all ED pills, notwithstanding that each pill contains an unweighable trace amount of a controlled substance (identified as codeine and/or morphine), vastly overstates the seriousness of the offense;
2. The pills containing the unweighable trace amounts of codeine and/or morphine are openly used in the Dominion of Canada for a legitimate purpose; that is, to address erectile dysfunction, a prevalent ailment among the aging male population;
3. Mohamed Patel has already spent approximately 20 months in local custody, without access to meaningful programs, physical exercise, outdoor activities, and job assignments, and absent any opportunity to earn Fair Sentencing Act credits that would serve to reduce his required time in custody;
4. A reduced sentence is warranted in order to avoid an unfair sentencing disparity in comparison to the sentence expected to be imposed upon the lone other defendant charged with criminal conduct associated with the underlying events;

5. Mr. Patel, a citizen and resident of the Dominion of Canada, upon being removed to the custody of the Bureau of Prisons, will be eligible for transfer to Canada pursuant to the Treaty With Canada on the Execution of Penal Sentences, resulting in the early termination of whatever time remains on the Defendant's sentence at the time of transfer;
6. While in custody, Mr. Patel has been a model prisoner who has maximized participation in all educational opportunities offered by the Allegany County Jail, Belmont, NY, and has otherwise demonstrated that he has been completely rehabilitated while in jail.

Respectfully submitted,

Dated: Buffalo, New York
March 26, 2026

*/s/Rodney O. Personius*
Rodney O. Personius
PERSONIUS MELBER LLP
*Attorneys for Defendant*
*Mohamed Patel*
2100 Main Place Tower
350 Main Street
Buffalo, NY 14202
(716) 855-1050
rop@personiusmelber.com