# EXHIBIT A

Healthify
He Puna Waiora

# Our policies

**Terms and conditions**

---

## Accessibility

At Healthify, we believe everyone has the right to be able to access easy-to-understand health information. With this in mind, our website has been built to meet the Web Content Accessibility Guidelines 2.2 Level AA (WCAG 2.2 AA):

- **Web Accessibility Standard.** (https://www.digital.govt.nz/standards-and-guidance/nz-government-web-standards/web-accessibility-standard-1-1/)
- **Web Usability Standard.** (https://www.digital.govt.nz/standards-and-guidance/nz-government-web-standards/web-usability-standard-1-3/)

We aim to review accessibility standards regularly. Please email us: **hello@healthify.nz** if you have any questions or feedback about the accessibility of our site.

If you do encounter an accessibility issue, please be sure to specify the web page and we will make all reasonable efforts to make that page accessible.

---

## Privacy, cookies & security

We value your privacy. None of the tools used on this site capture any information that can identify you unless you provide your contact details in response to a request for them, eg, when you give feedback on the site.

The questionnaires and calculators do not collect or record any personal data on our server as all calculations are done on your own computer.

We strive to capture the minimum amount of personal data and only share with other organisations where the law permits us to do so or where we require and have gained your consent.

Computer cookies may be used to evaluate and analyse website use.

Want to talk to our data protection officer? Email: **hello@healthify.nz**

---

## Complaints and compliments

We're keen to keep improving and refining the website so we can make it the best place to go for all people living in Aotearoa New Zealand. If, however, you believe some content is inaccurate, distasteful or otherwise misleading, please advise us immediately on **hello@healthify.nz**. All complaints will receive a response within 72 hours.

If you have a compliment, feedback or suggestions please fill in our **contact us form** or email us: **hello@healthify.nz**
You can also **record feedback here** (https://socialjuice.io/p/healthify).

# Disclaimers

The content on the Healthify website is provided for information and educational purposes only.

It should not be used to replace a visit, call, consultation with or advice from your own or other health professional. You should never disregard their medical advice, or delay in seeking medical advice, because of something you read on this site.

All website users must always seek advice from a registered healthcare professional for diagnosis or treatment or to determine whether the particular information described on the website is suitable in their individual circumstances.

The information on this website may be changed without notice.

Neither Healthify He Puna Waiora, nor the **Health Navigator Charitable Trust** (https://www.hnct.nz/), is responsible for, and does not endorse, the content of other websites linked to, or referenced by, this website.

Our health information is created and reviewed without influence of all funding or sponsorship sources following our existing fully independent editorial quality framework. Donors and sponsors have no influence in our content decisions.

---

**Donation disclaimer (including Adopt a Page on Healthify campaign)**

Donations help us maintain and improve this website going toward the ongoing review, creation and provision of content. Contributions help ensure all New Zealanders continue to access free, independent, and clinically endorsed content, advancing better health and wellbeing for everyone.
Contributions do not influence the information we provide. Health Navigator Charitable Trust retains full and independent editorial control for site content and legal ownership.

Read our **Adopt a Page terms and conditions** (https://adopt.healthify.nz/terms-and-conditions)
Read our **Support our mahi terms and conditions** (https://donate.healthify.nz/terms-and-conditions)

---

**Sponsorship disclaimer**

Sponsorship helps us maintain and improve this website but does not influence our editorial content or clinical information. Health Navigator Charitable Trust retains full and independent editorial control and legal ownership of all site content. Any content or images provided by sponsors are included only at our discretion and must meet our independent editorial standards. Sponsors have no role in determining what is published.

---

**Association and endorsement disclaimer**

Page sponsorship and Adopt a Page acknowledgments shown together on the same page do not imply any mutual association, endorsement, or shared views.

---

**Acknowledgment disclaimer**

We thank our supporters for their contributions. Acknowledgment of a donor or sponsor does not mean we endorse their services or products.

## External links

The information and links provided on the Healthify website have been collated by a range of people and organisations as a service to the public. We believe that access to quality health information and self-help tools are important and that you and you whānau are the most important managers of your health.

While most links to other websites external to Healthify He Puna Waiora have been checked for quality and accuracy, the nature of the internet means it is impossible to guarantee everything is as initially designed or checked or linked to. Therefore, it is the responsibility of the user to make their own decisions about the accuracy, currency, reliability and correctness of information contained in linked external websites.

Users of links provided by this site are responsible for being aware of which organisation is hosting the site they visit. Linkage to external websites should not be taken to be an endorsement or recommendation of anything on those sites by the Healthify website.

## Advertising

In line with our desire to provide accurate and reliable health information that is independent of any commercial influence, no advertising is accepted for the Healthify website. We do, however, offer non-pharmaceutical advertising opportunities within our e-newsletters. Enquire at: **hello@healthify.nz**

## Liability

Healthify works hard to keep the information on this site updated on a regular basis, but cannot guarantee and assumes no legal liability or responsibility for the accuracy, currency or completeness of the information available through this website.

Neither Healthify nor the **Health Navigator Charitable Trust (HNCT)** (https://www.hnct.nz/) is liable for treatment procedures of, or information from, any service provider linked to from this website.

The information on this website is for personal, educational and/or professional use only and is provided in good faith. Users who reach another site from links on this site are subject to the liability policy of the new site.

## Statistical information

Like most websites, some information is automatically retrieved about your visit such as:

- your IP address
- the search terms you used
- the pages you accessed on the website and the links you clicked on
- the date and time you visited the website
- the referring website (if any) through which you clicked through to this website
- your operating system (eg, Windows XP, Mac OSX)
- the type of web browser you use (eg, Internet Explorer, Chrome, Mozilla Firefox).

No effort is made to identify individual visitors.

Collated results as referred to above will be viewable by website administrators. It may also be shared with our advisors and trustees and reported in contracts with funding and partner organisations.

Currently we are using Google Analytics to analyse the audience of the website and improve our content. No personal information is collected from Google Analytics. You can read further information about Google Analytics privacy policy on its website.

---

# Copyright and prohibited uses

Healthify He Puna Waiora (Healthify) content is provided for public use and general health education. All content on the Healthify website – including text, data, images, graphics, videos, and downloadable materials – are protected by copyright and other intellectual property laws. Unless otherwise stated, content is owned by **Health Navigator Charitable Trust** (https://www.hnct.nz/) or our contributing partners.

---

**Prohibited Uses**

You may not, without prior written permission from Health Navigator Charitable Trust:

- Reproduce, adapt, translate, compile, summarise, or reuse content beyond the limits stated above;
- Use any content for commercial, promotional, or branded materials;
- Scrape, harvest, or systematically download our content or metadata;
- Incorporate any content into artificial intelligence systems, chatbots, machine learning datasets, or automated tools;
- Present content in a way that misrepresents, alters, or implies endorsement by Health Navigator Charitable Trust or Healthify;
- Frame or deep-link large portions of our website without written permission.

---

**Licensing & Permissions**

For all requests regarding reproduction, adaptation, translation, or licensing, please contact **hello@healthify.nz**.

---

**External Links**

Links provided to external websites are subject to the copyright policies of those external sites.

---

# Gender language

At Healthify He Puna Waiora, we aim to be an inclusive, respectful and trustworthy source of healthcare information. We acknowledge the diversity of our audience and we're committed to making sure our information meets the needs of all our users while maintaining medical accuracy, conciseness and readability.

We acknowledge that people use different words to talk about themselves and their bodies. We also recognise that we're communicating to a wide audience and that this means we won't always be able to use language that fits everyone's preferences. Our approach to language is intended to encompass all people affected by a health condition, regardless of their gender identity.

In general, we aim to use gender-neutral language when gender isn't the focus of the subject matter. When biological sex is relevant we'll use the terms male and female. When medically relevant we'll use the terms woman/women and man/men although we acknowledge that the term(s) used may not reflect the identity of some of our readers.

Scan the QR code to view the full page:
https://healthify.nz/about-healthify/our-policies

Health Navigator
CHARITABLE TRUST NZ

Healthify
He Puna Waiora

# About us

## Our vision & values

### Our vision

Everyone in Aotearoa New Zealand has easy access to reliable information that contributes to their health (oranga) and wellbeing (hauora).

Healthify He Puna Waiora is working towards that reality by providing simple, reliable information relevant to everyone, from kids to kaumatua.

### Our values

Our values guide us in all our interactions and in providing relevant, culturally acceptable information about health conditions, medicines, disease prevention and self-care.

**Whanaungatanga**
At the very heart of what we do is our connection to, and compassion for, others. We understand the importance of relationships and connections with those who we are providing information to, those we work with and hope to work with, and those who provide information and funding to us. Through the sharing of diverse experiences, knowledge and understandings, we grow our ability to be truly inclusive.

**Mana taurite**
Equity in health opportunities and outcomes guides our everyday activities as we work to reach and contribute to all people in Aotearoa New Zealand.

**Manaakitanga**
Behind the provision of our health information and resources, lies kindness, generosity, support and care for our communities. The values of integrity, trust and sincerity acknowledge the needs of all people no matter who or where they are in Aotearoa New Zealand. The nurturing of a person's mana is vital in achieving our vision.

**Koungatanga**
Quality and excellence, when maintained consistently, mean people can rely on us to provide the best information.

## Our story

### Once upon a time

... in Aotearoa New Zealand, there was a compassionate and forward-thinking GP who envisioned a unique website that would help people live healthier lives.

She built a team of talented health writers and professionals who together created Healthify He Puna Waiora, a website that offers reliable, simple and accessible health information designed to help people make informed decisions about their wellbeing.

The website's name symbolises the flow of knowledge and its connection to wellbeing, and represents the idea that, like wai (water), knowledge is essential to life and health.

We use water imagery to remind us that water's ever-changing state is equal to our and our whānau's own changing moods and circumstances, and its different colours reflect the purity, clarity and flow of knowledge we all need to heal.

Just as water is essential for physical and spiritual nourishment, Healthify He Puna Waiora is committed to providing information that supports the health and wellbeing of everyone in Aotearoa New Zealand.

# Our logo

**Unaunahi**

An expression of wholeness and wellbeing, our curved logo is like a circle representing the cyclical nature of life: I strengthen my health, I strengthen my family's health, I gain some knowledge that informs how I do things.

The unaunahi brings a sense of connection and circularity that comes from the right health information in the right hands for the right people.

**Designed by Ira** (https://ira.nz/).

A Māori owned and led consultancy bringing a unique convergence of strategic, cultural and creative expertise to designing culturally authentic solutions. "Through co-design processes that harness the collectively of Aotearoa, we design a future for all of us to thrive."

# Our people

Healthify content is written and managed by experienced medical writers who draw on evidence-based research, New Zealand Clinical Guidelines and consumer and cultural expertise.



**Dr Janine Bycroft**
CEO & Clinical Director
MBChB, Dip Obs, Dip Paeds, MPH (Hons), FRNZCGP (Dist)



**Dr Claire Budge**
Editorial Manager
BA, MA, PhD



**Dr Emma Dunning**
Clinical Editor
MBChB, FRNZCGP,
MC (Science Communication)



**Amanda Farmilo**
Editor
BEd(hons)DipT, GradDipPsych, DipEdit



**Jeneffer Navarrete**
Project Support
BSc Information and Technology (BSIT), Microsoft Certified Professional



**Sandra Ponen**
Medicines Content Writer & App Library Lead
BPharm, Master of Public Health (MPH), PG Dip (Computing)



**Theresa Szeto**
Digital Content Writer
MbChB



**Stephanie Yee**
Medicines Content Writer
BPharm, PGDipCS, PGCertHigherEd



**Steph Zajkowski**
Website Manager
BA (Education)

## Our advisors

**Lived experience advisors**

- Jaime Christmas
- Kylie Head
- Kāroria Johns
- Andrew Kaulave
- Leota Alice Meredith
- Kevin Murray
- Merle Samuels
- Gary Sutcliffe
- Kiriana Te Heke
- Fa'aulu Tomuli-Afoa
- Wendy Voon

**Clinical subject matter experts**

Our topics are written and reviewed by Healthify medical writers and reviewed by external subject matter experts. If you're a registered health professional in Aotearoa New Zealand who interested in reviewing and writing new topics on our site, please get in touch by emailing **hello@healthify.nz** or **contact us via this form.**

**Most roles are voluntary but sometimes we can pay clinical reviewers** who have expertise in certain areas.

## Contact us

If you'd like to contact us for any reason, please fill in our **contact form** or email us: **hello@healthify.nz** A member of our small team will try to get back to you within 2 working days.

You can also contact us via social media: **Facebook** (https://www.facebook.com/healthnavigatornz), **Twitter** (https://twitter.com/healthify_nz), **Instagram** (https://www.instagram.com/health_navigator/).

Please be mindful that we are not a medical service and can't answer any medical questions. Instead, talk to your healthcare provider or freephone Healthline on: 0800 611 116.

Scan the QR code to view the full page:
https://healthify.nz/about-healthify/about-us

Health Navigator
CHARITABLE TRUST NZ