# EXHIBIT H

> **"Since 1821 the mission of the Guardian has been to use clarity and imagination to build hope.**
>
> *Katharine Viner, editor-in-chief*

Guardian Media Group is a global news organisation that delivers fearless, investigative journalism - giving a voice to the powerless and holding power to account.

Our independent ownership structure means we are entirely free from political and commercial influence. Only our values determine the stories we choose to cover - relentlessly and courageously.

# Our organisation

The Guardian's agenda-setting journalism is underpinned by an independent ownership structure that is different from other global news organisations. It guarantees our journalism and our editor stay independent from any outside influence, whether financial, political or commercial.

In 1936, John Russell Scott – the proprietor of the Manchester Guardian, as it was then known – transferred his family's stake in the newspaper to a group of trustees. The Scott Trust became the owner of the newspaper, putting in place the independent ownership structure that supports the Guardian to this day.

This independent ownership structure is made up of three key organisations:

- **The Scott Trust**, the sole shareholder of Guardian Media Group. The purpose – and privilege – of the Trust is to secure the financial and editorial independence of the Guardian in perpetuity.
- **The Scott Trust Endowment**, a fund built up following the prudent sale of assets with the core purpose of investing to provide financial returns to support Guardian journalism in perpetuity.

- **Guardian Media Group**, the owner of Guardian News & Media (GNM) and publisher of the Guardian newspaper and website.

This exceptional, if not unique, form of governance for a news publisher ensures that all surplus financial returns are reinvested into our high quality journalism for a global audience rather than benefiting a proprietor or shareholders.

A summary of the governance structure is available here.



**Times change but the Guardian's values don't**

Read more →




**A mission for journalism: an essay by our editor**

Read more →

More on our organisation

# We're reader funded

The Guardian's independent, high-impact journalism is powered by its global readership. The Guardian has over 1 million recurring digital supporters from more than 180 countries around the world. It's thanks to

this generosity that we can provide quality, trustworthy reporting that's open for everyone to read. With no shareholders or billionaire owner, we can investigate and challenge without fear or favour, and amplify stories that need to be told. You can show your support for our work today, in whichever way suits you best.

# Support the Guardian

## Show your support as often as you like

Choose to give once from just $1, or set up a recurring amount to power our reporting every month or year.

**Support us →**

## Print Subscriptions




### Newspaper

Convenient and money-saving, get a newspaper delivered to your door, or pick it up from your local shop. Choose your subscription, from daily to weekend-only.

Read more




### Guardian Weekly

Explore the stories that shaped the week with our magazine, delivered worldwide. From top news picks to insightful opinion pieces and engaging long reads.

Read more

## Join as a Guardian Patron

To show your support at a higher level, discover our Patrons programme.

## Support another way

Read more about how to leave a legacy gift for the Guardian, and how to write us a cheque.

Discover

Read more

# Journalism

The Guardian is globally renowned for its coverage of politics, the environment, science, social justice, sport and culture. Our journalists deliver agenda-setting investigations, breaking live news, compelling opinion writing and the liveliest features, as well as award-winning podcasts, video documentaries and infographics and visuals.

Our investigations have exposed governmental and social failings, including Windrush revelations in the UK, Covid-19, Cambridge Analytica, the Snowden Files, the Panama, Paradise and Pandora Papers, and the Pegasus Project.

Our teams in the UK, US and Australia produce theguardian.com, Guardian Australia, Guardian US, Guardian Weekly, and the Guardian newspaper in the UK.

UK edition →

US edition →

Australia edition →

Europe edition →

International edition →

More on journalism




## Latest news

Announcements and updates from the Guardian's press office, including latest press releases and award wins.

Go to press office

## Contact us

Find out how to get in touch with the Guardian.

Contact us →

## Work with us

Search for jobs at the Guardian and apply.

Work with us →

All the day's headlines and highlights from the Guardian, direct to you every morning

**Sign up for the Guardian Headlines email**

About us
Contact us
Complaints & corrections
Secure Drop
Work with us

All topics
All writers
Modern Slavery Act
Tax strategy
Digital newspaper archive

Advertise with us
Guardian Labs
Search jobs
Patrons

Support The Guardian

**Contribute →** **Subscribe →**

California resident – Do Not Sell

Privacy policy

Cookie policy

Terms & conditions

Help

Facebook

YouTube

Instagram

LinkedIn

Twitter

Newsletters

Back to top

© 2026 Guardian News and Media Limited or its affiliated companies. All rights reserved.